UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BAKER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GE RETAIL SALES FINANCE, INC. dba GEMB LENDING, INC.; E*TRADE FINANCIAL CORPORATION dba E*TRADE FINANCIAL; CCB CREDIT SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.  C 10-05261 SBA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT E*TRADE FINANCIAL CORPORATION'S *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER AND ORDER TO QUASH DISCOVERY FOR PRODUCTION ON SIX DAYS' NOTICE<br><br>Hearing<br>Date:         March 22, 2011<br>Time:         1:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge:  Hon. Saundra Brown Armstrong |

1  Defendant E*Trade Financial Corporation's *Ex Parte* Application For A Protective
2  Order And Order To Quash Discovery For Production On Six Days' Notice came on for
3  hearing before this Court on, March 22, 2011. After full consideration of the papers filed in
4  support of and in opposition to the motion, the declarations and evidence submitted therewith,
5  the applicable law, the written and oral argument of the parties, and the Court's file in this
6  matter, and for good cause shown,

7  **IT IS ORDERED THAT** a Protective Order shall issue prohibiting the noticed
8  depositions of E*Trade Financial Corporation on March 24 and Mr. John Bersin on March 25,
9  2011.

10  **IT IS FURTHER ORDERED THAT** it is further ordered that the subpoena for
11  production of documents by E*Trade Financial on March 24, 2011 is hereby quashed.

12  **IT IS SO ORDERED.**

14  Dated: 3/23/11

15  Hon. Saundra Brown Armstrong
    United States District Judge

17  EDWARD M. CHEN
    UNITED STATES MAGISTRATE JUDGE

The Court advised the parties to stipulate to a continuance of the briefing and hearing schedule on the MSJ (subject to approval by Judge Armstrong) or have the matter addressed under Rule 56(f) in order to allow Plaintiff to obtain relevant discovery in an orderly + timely manner.