GREENBERG TRAURIG, LLP
Kurt A. Kappes (SBN 146384)
Thomas A. Woods (SBN 210050)
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
KappesK@gtlaw.com
WoodsTo@gtlaw.com

Evan S. Nadel (SBN 213230)
Matthew L. Reagan (SBN 261832)
153 Townsend Street 8th Floor
San Francisco, CA  94107
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010
NadelE@gtlaw.com
ReaganMa@gtlaw.com

Attorneys for Defendant
E*Trade Financial Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ROBERT BAKER, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>GE RETAIL SALES FINANCE, INC. dba GEMB LENDING, INC.; E*TRADE FINANCIAL CORPORATION dba E*TRADE FINANCIAL; CCB CREDIT SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.  4:10-cv-05261-SBA (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE**<br><br>Complaint Filed:  October 12, 2010<br><br>Judge:  Hon. Saundra Brown Armstrong |

1    WHEREAS, the preemption issues raised in this proceeding are related to preemption issues in two cases currently on appeal — *Aguayo v. U.S. Bank*, 658 F. Supp. 2d 1226 (S.D. Cal. 2009) (hereafter "*Aguayo*") pending before the U.S. Court of Appeals for the Ninth Circuit, and *Parks v. MBNA*, Case Nos. 051210 CAAPP4-3 (Cal. Ct. App. 4th Dist., G040798, May 10, 2010) (hereafter "*Parks*") pending before the California Supreme Court . Although no party concedes that the outcome of either of *Aguayo* or *Parks* would necessarily be dispositive of the instant case, the parties agree that the decisions may provide valuable guidance to parties and to this Court in the current matter; and

WHEREAS, the parties are working to identify the correct corporate defendants in this action and wish to avoid the burden and expense of further briefing and argument on motions involving such issues until those issues are clarified,

IT IS HEREBY STIPULATED and AGREED by and between the parties to this matter, defendant E*Trade Financial Corporation ("E*Trade Financial"), defendant CCB Credit Services ("CCB") and plaintiff Robert Baker ("Plaintiff"), through their respective counsel of record, as follows:

1.   This action should be stayed pending the rulings in the *Aguayo* and/or *Parks* proceedings, with the following two exceptions (a) Plaintiff's pending motion for remand, which should be heard as scheduled on April 19, 2011; and (b) Plaintiff should be allowed to file an amended complaint, if leave is granted, as the result of the parties' efforts to identify the correct corporate defendants (described further below).  The parties agree to reevaluate the stay when the first of either of the *Aguayo* or *Parks* decision is handed down to determine whether to continue the stay, terminate the stay, enter into a different stipulation or seek guidance from the Court.

2.   If a stay is entered, then (a) defendants' pending motions to dismiss shall be continued to a date to be set at a later time (but not during the pendency of the stay) or will be withdrawn upon the filing of an amended complaint if appropriate; and (b) E*Trade Financial's pending motion for summary judgment shall be continued to a date to be set at a later time (but not during the pendency of the stay) or will be withdrawn upon the filing of an amended

complaint if appropriate.

3. The stay shall remain in effect whether Plaintiff's pending motion for remand is granted or denied. If the case is remanded to state court, the parties agree that the time period during which the stay is in place will not be counted against the five-year prosecution rules of California Code of Civil Procedure section 583.310, and that time is tolled during the stay.

4. The parties agree to engage in an informal exchange of information during the stay to determine the correct parties to this action, with the goal of providing sufficient information to enable Plaintiff to file an amended complaint with the correct parties, preferably within the next 4-6 weeks. If the complaint is amended to replace E*Trade Financial with E*Trade Bank, then E*Trade Financial will stipulate to the amendment and its counsel will accept service of process on behalf of E*Trade Bank. If that change is not made in the proposed amended complaint, then E*Trade Financial reserves its rights concerning stipulation to the amendment and will evaluate the amended complaint to determine whether to stipulate. CCB will determine whether to stipulate to amendment upon review of the proposed amended complaint. If all current defendants do not stipulate to leave to amend the complaint, Plaintiff shall be entitled to file a motion for leave to amend, and all parties are entitled to participate in the briefing and arguing of that motion, notwithstanding the stay imposed herein.

5. Upon the filing of any amended complaint by Plaintiff, no defendant would be required to file a response during the period of the stay. Plaintiff agrees to extend the Defendants' time to respond during the pendency of this stay, and Defendants' responses would be due within 30 days after the stay is lifted, or any other time agreed upon by the parties or set by the Court.

6. E*Trade Financial will not file a motion seeking its fees and costs with respect to the *ex parte* application for a protective order and to quash Plaintiff's discovery (Dkt. No. 30) during the period of the stay. E*Trade Financial reserves its rights to do so after the stay is lifted. Plaintiff agrees to toll or extend any time limits related to such a motion by E*Trade Financial.

7. Any party may request an order from the Court modifying or lifting this stay upon good cause after consultation with counsel for the other parties to this action.

DATED: April 1, 2011                               GREENBERG TRAURIG, LLP


                                                   By:____/s/ *Evan S. Nadel*_____
                                                       Kurt A. Kappes
                                                       Evan S. Nadel

                                                       Attorneys for Defendant
                                                       E* Trade Financial Corporation


DATED: April 1, 2011                               KEMNITZER, BARRON & KRIEG, LLP


                                                   By:____/s/ *Bryan Kemnitzer*_____
                                                       Bryan Kemnitzer
                                                       [filed with permission and consent per
                                                       General Order 45, section X(B)]

                                                       Attorneys for Plaintiff



DATED: April 1, 2011                               HINSHAW & CULBERTSON


                                                   By: _/s/ *David I. Dalby*_____
                                                       David I. Dalby
                                                       [filed with permission and consent per
                                                       General Order 45, section X(B)]

                                                       Attorneys for Defendant
                                                       CCB Credit Services, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER HEREBY ORDERED THAT:

1. The parties are instructed to submit status reports to the Court every six months, apprising the Court of the status of the pending *Aguayo* and *Parks* appeals. The parties are advised that the failure to submit such status reports could result in dismissal of this matter.

2. Upon a decision in either the *Aguayo* or *Parks* appeal, the parties shall jointly

1  submit to the Court, within one week, a letter indicating such and indicating whether the parties
2  seek to continue the stay.
3      3.   Defendants' motions to dismiss (Dkts. 8, 9) and E*Trade Financial Corporation's
4  motion for summary judgment (Dkt. 26) are DENIED without prejudice to re-filing upon
5  termination of the stay.  This order terminates Dockets 8, 9, and 26.
6      IT IS SO ORDERED.

7
8  DATED:  April 4, 2011                          _____
                                                  Hon. Saundra Brown Armstrong
9                                                 United States District Judge