| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| | Kurt A. Kappes (SBN 146384) |
| 2 | Thomas A. Woods (SBN 210050) |
| | 1201 K Street, Suite 1100 |
| 3 | Sacramento, CA  95814-3938 |
| | Telephone:  (916) 442-1111 |
| 4 | Facsimile:  (916) 448-1709 |
| | KappesK@gtlaw.com |
| 5 | WoodsTo@gtlaw.com |
| 6 | Evan S. Nadel (SBN 213230) |
| | Matthew L. Reagan (SBN 261832) |
| 7 | 153 Townsend Street 8th Floor |
| | San Francisco, CA  94107 |
| 8 | Telephone:  (415) 655-1300 |
| | Facsimile:  (415) 707-2010 |
| 9 | NadelE@gtlaw.com |
| | ReaganMa@gtlaw.com |
| 10 | |
| | Attorneys for Defendant |
| 11 | E*Trade Financial Corporation |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ROBERT BAKER, individually and on behalf of others similarly situated, | CASE NO.  4:10-cv-05261-SBA (EMC) |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S REMAND MOTION AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| GE RETAIL SALES FINANCE, INC. dba GEMB LENDING, INC.; E*TRADE FINANCIAL CORPORATION dba E*TRADE FINANCIAL; CCB CREDIT SERVICES, INC.; and DOES 1 through 50, inclusive, | Complaint Filed:  October 12, 2010 |
| | Judge: Hon. Saundra Brown Armstrong |
| Defendants. | |

1                                                 Case No.  4:10-cv-05261-SBA
[PROPOSED] STIPULATED ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S REMAND MOTION AND CASE MANAGEMENT CONFERENCE

1  WHEREAS, on June 13 this Court continued the hearing on plaintiff Robert Baker's ("Plaintiff") Motion to Remand and Case Management Conference to July 19, 2011 at 1:00 p.m. (Dkt. 56),

WHEREAS, counsel for defendant E*Trade Financial Corporation ("E*Trade Financial") is unavailable to attend the hearing on July 19, 2011,

WHEREAS, counsel for Plaintiff, E*Trade Financial, and defendant CCB Credit Servicers ("CCB") have met and conferred to select the first available date after July 19, 2011 on this Court's civil motion calendar that is agreeable to all parties,

WHEREAS, the parties, recognizing that the Court's civil motion calendar for odd-numbered cases is currently full until November 8, 2011, are available on that date; however, if a prior opening on the Court's calendar becomes available the parties would be available on September 6, 13, 20, or 27, October 4, 11, 18, or 25, and November 1 (the "alternate dates").

IT IS HEREBY STIPULATED and AGREED by and between the parties to this matter, through their respective counsel of record, as follows:

1. The hearing on Plaintiff's Motion to Remand and Case Management Conference scheduled for July 19, 2011 shall be continued to November 8, 2011 at 1:00 p.m, unless the Court informs the parties that this motion and conference can be heard on one of the alternate dates.

DATED: June 27, 2011                                GREENBERG TRAURIG, LLP

By:____/s/ *Evan S. Nadel*_____
    Kurt A. Kappes
    Evan S. Nadel

    Attorneys for Defendant
    E* Trade Financial Corporation

1  DATED: June 27, 2011                              KEMNITZER, BARRON & KRIEG, LLP

2

3                                                    By:___/s/ *Alexander Trueblood*_____
                                                        Alexander Trueblood
4                                                       [filed with permission and consent per
                                                        General Order 45, section X(B)]

5                                                    Attorneys for Plaintiff

6

7  DATED: June 27, 2011                              HINSHAW & CULBERTSON

8

9                                                    By: */s/ David I. Dalby*_____
                                                        David I. Dalby
10                                                      [filed with permission and consent per
                                                        General Order 45, section X(B)]
11
                                                     Attorneys for Defendant
12                                                   CCB Credit Services, Inc.

13

14

15
      **IT IS SO ORDERED**.
16

17  DATED:  _6/30/11                                 _____
                                                     Hon. Saundra Brown Armstrong
18                                                   United States District Judge

19

20

21

22

23

24

25

26

27

28