UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BAKER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GE RETAIL SALES FINANCE, INC., et al.,<br><br>Defendants. | Case No: C 10-5261 SBA<br><br>**ORDER**<br><br>Docket 8, 49 |

Pursuant to this Court's order approving the parties' stipulation dismissing Defendants' motions to dismiss without prejudice, Docket 49 at 5, IT IS HEREBY ORDERED THAT Docket 8 is terminated.

IT IS SO ORDERED.

Dated: August 17, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge