1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8            OAKLAND DIVISION
9

10  ROBERT BAKER, et al.,                        Case No:  C  10-5261 SBA

11         Plaintiffs,                           **ORDER**

12      vs.

13  GE RETAIL SALES FINANCE, INC., et al.,

14         Defendants.

15

16         In a letter dated September 21, 2011, the parties have requested that the Court lift the

17  stay in this action.  In the letter, the parties indicate that Plaintiff intends to file a motion for

18  leave to file an amended complaint.  On calendar for November 8, 2011 is Plaintiff's

19  motion to remand and a Case Management Conference.  Based on judicial economy

20  considerations, the Court finds that Plaintiff's motion for leave to file an amended

21  complaint should be heard on the same date as Plaintiff's motion to remand.  Accordingly,

22  IT IS HEREBY ORDERED that the stay in this action is LIFTED.  The hearing on

23  Plaintiff's motion to remand and the Case Management Conference currently scheduled for

24  November 8, 2011 are VACATED.  Plaintiff shall file his motion for leave to file an

25  amended complaint within twenty (20) days from the date of this Order.  Upon filing his

26  motion for leave to file an amended complaint, Plaintiff shall notice the hearing on

27  Plaintiff's motion for leave to file an amended complaint and shall re-notice Plaintiff's

28  motion for remand and Case Management Conference to the next available hearing date so

1 that the motions may be heard and Case Management Conference may proceed on the same
2 date.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the
3 Court, in its discretion, may resolve the motion without oral argument.  The parties are
4 advised to check the Court's website to determine whether a court appearance is required.
5 Prior to the date scheduled for the Case Management Conference, the parties shall meet and
6 confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible
7 for filing the joint statement no less than seven (7) days prior to the conference date.  The
8 joint statement shall comply with the Standing Order for All Judges of the Northern District
9 of California and the Standing Orders of this Court.

10    IT IS SO ORDERED.

12 Dated: October 6, 2011                              _____
                                                      SAUNDRA BROWN ARMSTRONG
13                                                    United States District Judge