UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BAKER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GE RETAIL SALES FINANCE, INC. dba GEMB LENDING, INC.; E*TRADE FINANCIAL CORPORATION dba E*TRADE FINANCIAL; CCB CREDIT SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: C 10-5261 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

There being statement of non-opposition to Plaintiff's Motion for Leave to File a First Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Leave to File a First Amended Complaint is GRANTED. Plaintiff shall file his amended complaint within two (2) days of the date this Order is filed.

2. The parties shall appear for a telephonic Case Management Conference on **<u>December 8, 2011 at 3:15 p.m.</u>** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call. On the specified date and time, Plaintiff shall call (510) 637-3559 with all parties on the line. The joint statement shall include a proposed briefing schedule on Plaintiff's motion for class certification, with said motion to

1  be filed within 150 days of the date this order is filed.  In addition, the parties shall propose
2  a trial date and a pretrial schedule.
3        3.     This Order terminates Docket 64.
4        IT IS SO ORDERED.
5  Dated:  November 14, 2011
                                                         _____
6                                                           SAUNDRA BROWN ARMSTRONG
                                                         United States District Judge