UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BAKER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>GEMB LENDING INC.; et al.,<br><br>    Defendants. | Case No: C 10-5261 SBA<br><br>**ORDER GRANTING TEMPORARY REQUEST FOR STAY AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 82 |

Good caused appearing,

IT IS HEREBY ORDERED THAT the parties' stipulated request to stay the action for 60 days for the purpose of facilitating settlement discussions is GRANTED.  The Case Management Conference scheduled for February 1, 2012 is CONTINUED to **April 25, 2012 at 3:15 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.  This Order terminates Docket 82.

IT IS SO ORDERED.

Dated: January 23, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge